■ DAVID B. JACOBS, Appellant, v PATRICIA WARMHOLD, Respondent. [625 NYS2d 951] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (McGinity, J.), dated March 17, 1994.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice McGinity at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.